[No. 15460-9-II.   Division Two.   September 16, 1993.]

FRANCIS STROMSKI, SR., *Appellant*, v. PUBLIC UTILITY
DISTRICT NO. 1 OF CLALLAM COUNTY,
ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Clallam County, No. 88-2-00683-3, Grant S. Meiner, J., entered October 28, 1991. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Seinfeld, A.C.J., and Green, J. Pro Tem.

[No. 14998-2-II.   Division Two.   September 17, 1993.]

THE STATE OF WASHINGTON, *Appellant*, v. TIMOTHY J.
RAMBO, *Respondent*.

Appeal from a judgment of the Superior Court for Thurston County, No. 90-1-00430-2, Carol A. Fuller, J., entered May 16, 1991. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Seinfeld, A.C.J., and Petrich, J. Pro Tem.

[No. 14387-9-II.   Division Two.   September 17, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. LAZARO
HERNANDEZ, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 89-1-02334-4, Karen L. Strombom, J., entered October 23, 1990. *Reversed* by unpublished opinion per Alexander, C.J., concurred in by Morgan, J., and Petrich, J. Pro Tem.